# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| FINWISE BANK, a Utah Corporation | : | |
| | : | **AMENDED SCHEDULING ORDER** |
| Plaintiff, | : | |
| | : | Civil No. 2:24-cv-00408 |
| vs. | : | |
| | : | Judge David Barlow |
| GREAT AMERICAN FINANCE HOLDINGS, LLC, a Florida limited liability company, | : | Chief Magistrate Judge Dustin B. Pead |
| Defendant. | : | |

The Court, having reviewed the parties' Joint Motion to Amend the Scheduling Order, good cause appearing therefor, hereby GRANTS the motion and ORDERS the following:

1. Deadline to serve written discovery: **March 24, 2026**

2. Deadline for fact discovery to close: **April 28, 2026**

3. Deadline to file notice of expert designation required by DUCivR 26-1(a)(2):

   • Parties bearing the burden of proof: **May 12, 2026**

   • Parties not bearing the burden of proof: **June 9, 2026**

4. Deadline to serve expert disclosures and reports under Fed. R. Civ. P. 26(a)(2):

• Parties bearing the burden of proof: **June 23, 2026**

• Parties not bearing the burden of proof: **July 14, 2026**

5. Deadline for expert discovery to close: **August 25, 2026**

6. Deadline for filing dispositive or potentially dispositive motions: **September 29, 2026**

7. If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date **October 8, 2026 at 3:00 pm**

8. After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want a referral for a settlement conference.

All other provisions of the original scheduling order shall remain in full force and effect.

IT IS SO ORDERED.

DATED this 15 December 2025.

_____
Dustin B. Pead
United States Magistrate Judge